M. N. BROWN, ADMINISTRATOR, *et al.*, Respondents, v. N. K. POPE, ADMINISTRATOR, *et al.*, Appellants.

**Kansas City Court of Appeals, December 24, 1887.**

PRACTICE—DISMISSAL OF APPEAL FOR FAILURE TO COMPLY WITH RULE 15, OF THIS COURT—CASE ADJUDGED.—Where no abstract of the record was filed (as in this case), and it is manifest that there is no bill of exceptions filed timely in the cause ; and where, from the brief of the appellants, it appears that if there is any reversible error, it arises on the face of the petition—and they have not set out the petition—this court will not go to the transcript of the record to ascertain what the averments of the petition are.

APPEAL from Hickory Circuit Court, HON. W. I. WALLACE, Judge.

*Appeal dismissed.*

J. D. ABBE and T. G. RECHOW, for the appellants.

C. S. ESSEX and JAS. H. HARKLESS, for the respondents.

PHILIPS, P. J.—This appeal will have to be dismissed for failure on the part of appellants to comply with rule 15 of this court. The appellants have not filed in this court any abstract of the record. They only present a very brief statement of the case, from which it is manifest that there is no bill of exceptions filed timely in the cause, so that the only errors which this court could consider are such as arise on the record proper. From the brief of appellants, if there be any such reversible error, it arises on the face of the petition itself ; and they have not set out the petition. We could not ascertain what the averments of this petition are without going to the transcript of the record, which we have, time and again, held we will not do.

The appeal is, therefore, dismissed. All concur.